IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEDELL LEE**                                                                                      PETITIONER

    v.        CASE NUMBER 5:01CV00377JH

**RAY HOBBS, Director of the
Arkansas Department of
Correction**                                                                                         RESPONDENT

### O R D E R

Now on this 18th day of June, 2013, comes on for consideration **Petitioner's Motion To Hold This Case In Abeyance Pending The Supreme Court's Decisions In *Trevino v. Thaler*, No. 11-10189 And *Dansby v. Hobbs*, No. 12-8582** (docket #112), and from said motion, and the response thereto, the Court finds and orders as follows:

1.  Now pending before the Court is a Petition For Writ Of Habeas Corpus ("Habeas Petition") filed by petitioner Ledell Lee ("Lee").  Lee, concerned that some of his claims may be procedurally defaulted by actions or inactions of his attorneys at the State court level, in a Second Rule 37 Petition, asks that the Court postpone resolving his Habeas Petition until the Supreme Court decides the two pending cases cited in his motion.

2.  Both cases have now been decided.  See **Dansby v. Hobbs**, --- S.Ct. ---, 2013 WL 506561 (June 3, 2013), and **Trevino v. Thaler**, --- S.Ct. ---, 2013 WL 2300805 (May 28, 2013).  The motion is, therefore, moot.

**IT IS THEREFORE ORDERED** that **Petitioner's Motion To Hold This Case In Abeyance Pending The Supreme Court's Decisions In *Trevino v. Thaler*, No. 11-10189 And *Dansby v. Hobbs*, No. 12-8582** (docket #112) is **denied as moot.**

IT IS SO ORDERED.

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**