**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**LEDELL LEE**                                                                  **PETITIONER**

        **v.**         **CASE NUMBER 5:01CV00377JH**

**RAY HOBBS, Director of the
Arkansas Department of
Correction**                                                      **RESPONDENT**

<u>**JUDGMENT**</u>

Now on this 18th day of December, 2013, the Court enters final judgment in this matter, denying the Petition For Writ Of Habeas Corpus (document #1) for reasons set forth in the Court's Order dated June 18, 2013 (document #115).

**IT IS SO ORDERED.**

                                                       /s/ Jimm Larry Hendren
                                                      **JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE**