IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEDELL LEE                                                    PETITIONER

v.                              No. 5:01-cv-377-DPM

WENDY KELLEY,* Director,
Arkansas Department of Correction              RESPONDENT

ORDER

1. Sallings's motion, № 153, granted. She is relieved as counsel.

2. Gipson and Brotherton's motion, № 148, denied. Gipson has represented Lee for twelve years; Brotherton for eight. They know the case better than any substitute lawyers would. So they're best suited to represent Lee in clemency and any other ancillary proceedings. And the appointment statute requires it. 18 U.S.C. § 3599(e).

3. If Lee's lawyers find they can't pursue necessary proceedings without an Arkansas law license, then they should move to have local counsel appointed at that time. But Gipson and Brotherton would still be doing the legwork. This case is at a critical stage; and Lee needs his long-time lawyers to see it through.

_____

*Wendy Kelley has replaced Ray Hobbs as Director. The Court directs the Clerk to amend the docket. FED. R. CIV. P. 25(d).

So Ordered.

W P Marshall Jr.
D.P. Marshall Jr.
United States District Judge

18 July 2016